**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39603**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 709 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: November 9, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| DAVID LEROY PAYTON, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Second Judicial District, State of Idaho, Nez Perce County. Hon. Jeff M. Brudie, District Judge.

Appeal from judgment of conviction and determinate sentence of three years for aggravated assault and consecutive unified life term, with a minimum period of confinement of five years, for robbery, <u>dismissed</u>.

Sara B. Thomas, State Appellate Public Defender; Diane M. Walker, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

David Leroy Payton pled guilty to aggravated assault (I.C. §§ 18-901(b), 18-905(a), and 18-906) and robbery (I.C. §§ 18-6501, 18-6502, and 18-6503). The parties entered into a binding I.C.R. 11 plea agreement. Pursuant to the agreement and in exchange for Payton's guilty plea, the state dismissed additional charges. Payton waived his right to appeal his sentences.

The district court sentenced Payton to a determinate sentence of three years for aggravated assault and consecutive unified life term, with a minimum period of confinement of five years, for robbery. Payton appeals.

1

We hold that Payton's appellate challenge to the excessiveness of his sentences has been waived by his plea agreement. *See* I.C.R. 11(f)(1); *State v. Rodriguez*, 142 Idaho 786, 787, 133 P.3d 1251, 1252 (Ct. App. 2006). Payton's plea agreement contained a clause by which Payton waived his right to appeal his sentences. Accordingly, we dismiss Payton's appeal.